UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

THE ROBERTS GROUP, LLC
and SUSAN L. ROBERTS,

    Plaintiffs / Counter-Defendants,

v.                   Case No. 8:12-cv-2169-T-33AEP

ATTAC CONSULTING GROUP, LLC,

    Defendant / Counter-Plaintiff,

v.

STEVEN ARBAUGH,

    Defendant.
_____/

**STIPULATED ORDER**

This cause comes before the Court upon the parties' Joint Motion for Dismissal with Prejudice and Entry of Stipulated Order of Dismissal. (Doc. # 64). In the Joint Motion for Dismissal, the parties state that they seek immediate dismissal of this case, with prejudice. (Id. at ¶ 4). Therefore, the Court grants the Joint Motion for Dismissal and dismisses this case, with prejudice.

Accordingly, it is

**ORDERED, ADJUDGED,** and **DECREED:**

(1) The Joint Motion for Dismissal with Prejudice and Entry of Stipulated Order of Dismissal (Doc. # 64) is **GRANTED**.

(2) This action, including, but not limited to, any and all claims, counterclaims, and crossclaims filed or which could have been filed between the parties, is hereby **DISMISSED WITH PREJUDICE**.

(3) A settlement has been reached and, in accordance with that settlement, each party shall bear its own attorneys' fees and costs incurred in relation to this action.

(4) The Clerk is **DIRECTED** to close this case.

**DONE** and **ORDERED** in Chambers, in Tampa, Florida, this 10th day of April, 2013.

_____
VIRGINIA M. HERNANDEZ COVINGTON
UNITED STATES DISTRICT JUDGE

Copies: All Counsel of Record